Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22056−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fabiola Pagan
   82−84 Elberon Ave.
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−6449

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/8/18 at 11:00 AM

to consider and act upon the following:

*45* − Application for Extension of Loss Mitigation Period. Filed by Christopher J. Balala on behalf of Fabiola Pagan. Objection deadline is 2/9/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Balala, Christopher)

Dated: 2/13/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court