Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

          Case No.: 17−22056−JKS  
          Chapter: 13  
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Fabiola Pagan  
   82−84 Elberon Ave.  
   Paterson, NJ 07502

Social Security No.:  
   xxx−xx−6449

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     7/12/18  
Time:    11:00 AM  
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES  
$4,608.75

EXPENSES  
$17.51

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 5, 2018  
JAN:

                              Jeanne Naughton  
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-22056-JKS
Fabiola Pagan                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jun 05, 2018
                 Form ID: 137    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
db             +Fabiola Pagan,    82-84 Elberon Ave.,    Paterson, NJ 07502-2025
516878497     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
517030828      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516878506     ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
                (address filed with court: Home Depot Credit Services,    PO Box 653000,
                Dallas, TX 75265-3000)
516878499      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516878500      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516878502      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516878503       Eastern Account System,    PO Box 837,    Newtown, CT 06470-0837
516878505      +GEPS Physician Group Of NJ,    101 E. State St.,    Kennett Square, PA 19348-3109
516878504      +Gem Ambulance,    1750 Cedar Bridge Ave #3,    Lakewood, NJ 08701-6921
516878507      +Hunziker, Jones & Sweeney,    Wayne Interchange Plaza II,    155 Route 46 West,
                Wayne, NJ 07470-6822
516878508      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516878509      +KML Law Group, P.C.,    701 Market St. #5000,    Philadelphia, PA 19106-1541
516878511     ++NORTH JERSEY NEPHROLOGY ASSOCIATES PA,    246 HAMBURG TURNPIKE,    SUITE 207,
                WAYNE NJ 07470-2160
                (address filed with court: North Jersey Neurologic Assoc, PA,    220 Hamburg Tpke,
                Wayne, NJ 07470)
516878512      +Omnicare Of Edison,    120 Fieldcrest Ave.,    Edison, NJ 08837-3656
516878513      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516878514      +Point View Radiology Associates, P.C.,    PO Box 9132,    Brookline, MA 02446-9132
516878516      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516878517      +Time Affluent Group,    1120 Ave Of The Americas,    New York, NY 10036-6700
516878518      +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste. 206,    Toledo, OH 43614-1501
516878520      +Waterview Center,    536 Ridge Road,    Cedar Grove, NJ 07009-1669
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516996825       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:59     Capital One, N.A.,
                PO Box 71083,    Charlotte, NC 28272-1083
516878501       E-mail/Text: mrdiscen@discover.com Jun 05 2018 23:14:02     Discoverbank,    Po Box 15316,
                Wilmington, DE 19850
516959974      +E-mail/Text: camanagement@mtb.com Jun 05 2018 23:14:25     Lakeview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
516878510       E-mail/Text: camanagement@mtb.com Jun 05 2018 23:14:25     M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
517090673       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2018 23:18:55
                Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
516878515      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2018 23:18:35
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516878519      +E-mail/Text: bankruptcy@ups.com Jun 05 2018 23:15:39     UPS,    55 Glenlake Pkwy NE,
                Atlanta, GA 30328-3474
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516878498*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Jun 05, 2018
                               Form ID: 137                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Fabiola  Pagan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealе
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```