Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22056−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Fabiola Pagan
  82−84 Elberon Ave.
  Paterson, NJ 07502

Social Security No.:
  xxx−xx−6449

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 16, 2017.

On 6/27/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:         July 26, 2018
Time:         09:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 28, 2018
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 17-22056-JKS
Fabiola Pagan                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: Jun 28, 2018
                           Form ID: 185                    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
```
db             +Fabiola Pagan,    82-84 Elberon Ave.,    Paterson, NJ 07502-2025
516878497     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
517030828      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516878506     ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court:  Home Depot Credit Services,    PO Box 653000,
                 Dallas, TX 75265-3000)
516878499      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516878500      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516878502      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516878503       Eastern Account System,    PO Box 837,    Newtown, CT 06470-0837
516878505      +GEPS Physician Group Of NJ,    101 E. State St.,    Kennett Square, PA 19348-3109
516878504      +Gem Ambulance,    1750 Cedar Bridge Ave #3,    Lakewood, NJ 08701-6921
516878507      +Hunziker, Jones & Sweeney,    Wayne Interchange Plaza II,    155 Route 46 West,
                 Wayne, NJ 07470-6822
516878508      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516878509      +KML Law Group, P.C.,    701 Market St. #5000,    Philadelphia, PA 19106-1541
516878511     ++NORTH JERSEY NEPHROLOGY ASSOCIATES PA,    246 HAMBURG TURNPIKE,    SUITE 207,
                 WAYNE NJ 07470-2160
               (address filed with court:  North Jersey Neurologic Assoc, PA,    220 Hamburg Tpke,
                 Wayne, NJ 07470)
516878512      +Omnicare Of Edison,    120 Fieldcrest Ave.,    Edison, NJ 08837-3656
516878513      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516878514     #+Point View Radiology Associates, P.C.,    PO Box 9132,    Brookline, MA 02446-9132
516878516      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516878517      +Time Affluent Group,    1120 Ave Of The Americas,    New York, NY 10036-6700
516878518      +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste. 206,    Toledo, OH 43614-1501
516878520      +Waterview Center,    536 Ridge Road,    Cedar Grove, NJ 07009-1669
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2018 21:40:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2018 21:40:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516996825       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 28 2018 21:48:36     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
516878501       E-mail/Text: mrdiscen@discover.com Jun 28 2018 21:40:45     Discoverbank,    Po Box 15316,
                 Wilmington, DE 19850
516959974      +E-mail/Text: camanagement@mtb.com Jun 28 2018 21:40:51     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
516878510       E-mail/Text: camanagement@mtb.com Jun 28 2018 21:40:51     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
517090673       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2018 21:48:36
                 Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
516878515      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2018 21:48:26
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516878519      +E-mail/Text: bankruptcy@ups.com Jun 28 2018 21:41:08     UPS,    55 Glenlake Pkwy NE,
                 Atlanta, GA 30328-3474
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516878498*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
                                                                                               TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jun 28, 2018
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Fabiola  Pagan dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```