| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Scura, Wigfield, Heyer,<br> Stevens & Cammarota, LLP.<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Counsel to Debtor | Order Filed on November 2, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br> Fabiola Pagan,<br>Debtor. | Case No.:  17-22056<br>Chapter:  13<br>Judge:  JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/7/2017_____ :

Property: 84 Elberon Avenue Paterson, NJ 07502

Creditor: M&T Bank

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/23/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*