UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP.
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel to Debtor

Order Filed on January 31, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Fabiola Pagan,
                        Debtor.

Case No.: 17-22056

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 31, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____11/02/2018_____ :

Property:    84 Elberon Avenue Paterson, NJ 07502

Creditor:    M&T Bank

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____04/22/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*