**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    FABIOLA PAGAN

Order Filed on March 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-22056 JKS

Hearing Date:  3/14/2019

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): FABIOLA PAGAN

Case No.: 17-22056

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 03/14/2019 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $700.04 to the Trustee's office by 3/31/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $392.00 starting on 4/1/2019 for the remaining 39 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Fabiola Pagan  
     Debtor

Case No. 17-22056-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 18, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.  
db          +Fabiola Pagan,    82-84 Elberon Ave.,    Paterson, NJ 07502-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:

        David L. Stevens   on behalf of Debtor Fabiola  Pagan dstevens@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
        Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                            TOTAL: 5