Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22056−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fabiola Pagan
   82−84 Elberon Ave.
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−6449

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/25/19 at 10:00 AM

to consider and act upon the following:

*84* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/17/2019. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*86* − Certification in Opposition to Trustee's COD (related document:84 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/17/2019. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Fabiola Pagan. (Attachments: # 1 Exhibit) (Stevens, David)

Dated: 4/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court