| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on January 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   FABIOLA PAGAN | Case No.:  17-22056 JKS<br><br>Hearing Date:  1/9/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 13, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): FABIOLA PAGAN

Case No.: 17-22056

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/09/2020 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 1/23/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 1/23/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.