UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Fax: 973-696-8571
Counsel for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on February 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FABIOLA PAGAN,

                    Debtor.

Case No.: 17-22056

Chapter: 13

Judge: JKS

## ORDER AUTHORIZING RETENTION OF

Serafini & Serafini, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: February 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Louise Serafini, Esq._____
as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 269 Hamburg Turnpike
Wayne, NJ 07470

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 17-22056-JKS
Fabiola Pagan                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1                 Date Rcvd: Feb 07, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db            +Fabiola Pagan,    63 Valley Road,    PO Box 2394,    Clifton, NJ 07015-2394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Fabiola  Pagan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor   LakeView Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6