Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22056−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Fabiola Pagan
　63 Valley Road
　PO Box 2394
　Clifton, NJ 07015

Social Security No.:
　xxx−xx−6449

Employer's Tax I.D. No.:

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 31, 2020</u>　　　　　　　　　<u>John K. Sherwood</u>
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court