**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fabiola Pagan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6449<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–22056–JKS | |

# Order of Discharge                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Fabiola Pagan

7/31/20                                                              **By the court:** John K. Sherwood
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                      United States Bankruptcy Court
                            District of New Jersey
In re:                                                           Case No. 17-22056-JKS
Fabiola Pagan                                                    Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: 3180W           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Fabiola Pagan,    63 Valley Road,   PO Box 2394,    Clifton, NJ 07015-2394
sp             +Louise Serafini,    Serafini & Serafini, P.C.,    269 Hamburg Turnpike,    Wayne, NJ 07470-2198
517030828      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516878506     ++CITIBANK,   PO BOX 790328,   ST LOUIS MO 63179-0328
               (address filed with court: Home Depot Credit Services,    PO Box 653000,
                 Dallas, TX 75265-3000)
516878503      Eastern Account System,    PO Box 837,   Newtown, CT 06470-0837
516878505      +GEPS Physician Group Of NJ,    101 E. State St.,    Kennett Square, PA 19348-3109
516878504      +Gem Ambulance,    1750 Cedar Bridge Ave #3,   Lakewood, NJ 08701-6921
516878507      +Hunziker, Jones & Sweeney,    Wayne Interchange Plaza II,    155 Route 46 West,
                 Wayne, NJ 07470-6822
516878509      +KML Law Group, P.C.,    701 Market St. #5000,   Philadelphia, PA 19106-1541
516878511     ++NORTH JERSEY NEPHROLOGY ASSOCIATES PA,    246 HAMBURG TURNPIKE,    SUITE 207,
                 WAYNE NJ 07470-2160
               (address filed with court: North Jersey Neurologic Assoc, PA,    220 Hamburg Tpke,
                 Wayne, NJ 07470)
516878512      +Omnicare Of Edison,    120 Fieldcrest Ave.,   Edison, NJ 08837-3656
516878513      +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
516878514      +Point View Radiology Associates, P.C.,    PO Box 9132,   Brookline, MA 02446-9132
516878517      +Time Affluent Group,    1120 Ave Of The Americas,    New York, NY 10036-6700
516878518      +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste. 206,    Toledo, OH 43614-1501
516878520      +Waterview Center,    536 Ridge Road,   Cedar Grove, NJ 07009-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516878497       EDI: BANKAMER.COM Aug 01 2020 03:03:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
516878498       EDI: BANKAMER.COM Aug 01 2020 03:03:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
516996825       EDI: CAPITALONE.COM Aug 01 2020 03:03:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516878500      +EDI: CITICORP.COM Aug 01 2020 03:03:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
516878501       EDI: DISCOVER.COM Aug 01 2020 03:03:00      Discoverbank,    Po Box 15316,    Wilmington, DE 19850
516878502      +EDI: TSYS2.COM Aug 01 2020 03:03:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516878508      +EDI: IIC9.COM Aug 01 2020 03:03:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
516878499       EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Chase,    PO Box 15298,    Wilmington, DE 19850
516959974      +E-mail/Text: camanagement@mtb.com Jul 31 2020 23:47:04      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
516878510       E-mail/Text: camanagement@mtb.com Jul 31 2020 23:47:04      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
517090673       EDI: PRA.COM Aug 01 2020 03:03:00      Portfolio Recovery Associates, LLC,    c/o Sears,
                 POB 41067,   Norfolk VA 23541
516878515      +EDI: PRA.COM Aug 01 2020 03:03:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516878516      +EDI: SEARS.COM Aug 01 2020 03:03:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516878519      +E-mail/Text: bankruptcy@ups.com Jul 31 2020 23:48:24      UPS,    55 Glenlake Pkwy NE,
                 Atlanta, GA 30328-3474
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                   User: admin                      Page 2 of 2                     Date Rcvd: Jul 31, 2020
                                       Form ID: 3180W                   Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Fabiola  Pagan dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Fabiola  Pagan jscura@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor   LakeView Loan Servicing, LLC
               phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 7
```